**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**Main Street America Assurance Company**
**Plaintiff,**

**vs.** **Civil No. 2:20cv2411-MSN-cgc**

**Marble Solutions, LLC et al.,**
**Defendants**

## DEFAULT JUDGMENT

**Upon the Motion and Affidavit of the plaintiff Main Street America Assurance Company, filed on December 8, 2020, and pursuant to FRCvP 55(b),**

**DEFAULT JUDGMENT is entered in favor of the plaintiff, Main Street America Assurance Company, and against the defendant, Daniel Hosea Waller.**

**Entered this 8th day of December, 2020.**

**THOMAS M. GOULD, CLERK**

**BY: s/ Bradley T. Gilmartin,**
**Deputy Clerk**