**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **MAIN STREET AMERICA ASSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Civil Action No. 2:20cv2411 MSN/cgc** |
| **MARBLE SOLUTIONS, LLC ; CARLIN MCGLOWN, individually and as a representative of MARBLE SOLUTIONS, LLC; ADRIAN MCGLOWN, individually and as a representative of MARBLE SOLUTIONS, LLC; and DANIEL HOSEA WALLER, individually and as a representative of MARBLE SOLUTIONS, LLC,** | ) | |
| **Defendants.** | ) | |

**STIPULATION OF DISMISSAL**

Come the parties hereto, by and through counsel, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure* and announce to the court their agreement to the following:

1. The claims of the plaintiff, Main Street America Assurance Company, against Marble Solutions, LLC ; Carlin Mcglown, individually and as a representative of Marble Solutions, LLC; Adrian Mcglown, individually and as a representative of Marble Solutions, LLC were settled at mediation that took place on February 10, 2022, and therefore said claims shall be dismissed with prejudice.

2. The parties are in agreement that no federal statute applies to this matter, and that Rules 23(e), 23.1(c), 23.2, and 66 of the *Federal Rules of Civil Procedure* are also not applicable to this matter.

3. The claims of Main Street America Assurance Company against Daniel Hosea Walker were previously determined by the Clerk's Entry of Default (Doc. 20), and therefore no dismissal thereof is required.

Accordingly, it is ORDERED that the claims of the Main Street America Assurance Company, against Marble Solutions, LLC ; Carlin Mcglown, individually and as a representative of Marble Solutions, LLC; Adrian Mcglown, individually and as a representative of Marble Solutions, LLC shall be dismissed with prejudice to the re-filing of the same.

Respectfully submitted,

**TRAMMELL, ADKINS & WARD, P.C.**

By: *s/ Kenneth W. Ward*
Kenneth W. Ward, BPR #015707
Attorneys for Daniel Hosea Waller
P.O. Box 51450
Knoxville, Tennessee 37950
kenward@tawpc.com (email)
(865) 330-2577 (phone)
(865) 330-2578 (fax)

**BURCH, PORTER & JOHNSON, PLLC**

By: *s/ Taylor A. Cates*
Taylor A. Cates, Esq. BPR#020006
Sara E. Stuart, Esq. BPR#035329
Attorney for Defendants, Marble Solutions, LLC,
Carlin McGlown and Adrian McGlown
130 North Court Avenue
Memphis, TN 38103
tacates@bpjlaw.com (email)
sstuart@bpjlaw.com email)
(901) 524-5000 (phone)
(901) 524-5024 (fax)