**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

MAIN STREET AMERICA
ASSURANCE COMPANY,

Plaintiff,

v. No. 2:20-cv-02411-MSN-cgc

MARBLE SOLUTIONS, LLC;
CARLIN MCGLOWN, INDIVIDUALLY AND
AS A REPRESENTATIVE OF
MARBLE SOLUTIONS, LLC;
ADRIAN MCGLOWN, INDIVIDUALLY AND
AS A REPRESENTATIVE OF
MARBLE SOLUTIONS, LLC,

Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed June 11, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice, filed June 1, 2022, (ECF No. 52), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 1, 2022
Date